IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DOROTHY SPRIGGS | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 5:21-cv-01250 |
| v. | § | |
| | § | |
| WAL-MART STORES TEXAS LLC AND | § | Jury Requested |
| WAL-MART STORES, TEXAS LLC D/B/A | § | |
| WALMART STORE #1235 | § | |
| Defendants | § | |

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1446(A)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WAL-MART STORES TEXAS, LLC, incorrectly named Wal-Mart Stores Texas, LLC D/B/A Walmart Store #1235, Defendant in the above entitled and numbered cause, and files this Notice of Removal of the present cause from the 57th Judicial District Court of Bexar County, Texas, in which it is now pending, to the United States District Court for the Western District of Texas, San Antonio Division.

### A.     BACKGROUND

1.     This action is a civil personal injury lawsuit. This case was commenced by the filing of an Original Petition in Cause No. 2021CI23049 in the 57th Judicial District Court of Bexar County, Texas, on November 3, 2021. Pursuant to 28 USC §1446 (a), a copy of Plaintiff's Original Petition and Request for Disclosures is attached hereto. *See attached Exhibit A.* No other process, pleadings or orders in this matter have been received by Defendant or its attorneys. Plaintiff alleges in her First Amended Petition that while shopping at the premises, she slipped and fell on a pool of clear liquid on the floor. *Id.*, p. 2, ¶ IV.

2.     Defendant was served with a copy of Plaintiff's Original Petition on November 16, 2021. A copy of the Citation served on Defendant, indicating the date of service, is attached hereto.

*See attached Exhibit B*.  Defendant timely filed an Answer to Plaintiff's Original Petition on December 10, 2021. *See attached Exhibit C.*

## B.    BASIS FOR REMOVAL

3.    Plaintiff alleges in her Original Petition that she is at the time of filing of the Petition residing in Bexar County, Texas. *See Exhibit A,* p. 1, ¶ II.  Plaintiff still resides in Bexar County, Texas to the best of Defendant's knowledge.  Accordingly, for diversity purposes and based on all information available to Defendant, Plaintiff is a citizen of Texas.

4.    Defendant Wal-Mart Stores Texas, LLC was, at the time of the filing of Plaintiff's First Amended Petition, and is at the time of filing of this Notice of Removal, a Delaware Limited Liability Company with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members.  *Harvey v. Grey Wolf Drilling, Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008).  Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas, LLC.

5.    Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas.  The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders.  *Americold Realty Tr. V. Conagra Foods, Inc.,* 136 S. Ct. 1012, 106 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24,* 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre, 615CV0558LEKTWD,* 2016 WL 5107123, at \*4 (N.D.N.Y. Sept. 20, 2016)(finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold").*  The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

6.    Wal-Mart Property Co. is an incorporated entity under the laws of the State of Delaware with its principal place of business in Arkansas.  Therefore, Wal-Mart Property Co. is a

citizen of Delaware and Arkansas. Wal-Mart Property Co. is also a wholly owned subsidiary of Wal-Mart Stores East, LP.

7.      Wal-Mart Stores East, LP is a Delaware limited partnership. The citizenship of a limited partnership, for diversity jurisdiction purposes, is based on the citizenship of each of its partners. *Harvey,* 542 F.3d at 1079. WSE Management, LLC is the general partner of Wal-Mart Stores East, LP, and WSE Investment, LLC is the limited partner. The citizenship of these LLCs is determined by the citizenship of each of its members. *See Id.* at 1080. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC.

8.      Wal-Mart Stores East, LLC is a limited liability company formed under the laws of the State of Arkansas and has its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Id.* The sole member of Wal-Mart Stores East, LLC is Walmart Inc.

9.      Walmart Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas. A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.,* 929 F.3d 310, 314 (5th Cir. 2019)(quoting 28 U.S.C. § 1332(c)(1)). Walmart Inc. is therefore a citizen of both Delaware and Arkansas, but is not a citizen of Texas.

10.      Accordingly, for diversity purposes, Defendant Wal-Mart Stores Texas, LLC is a citizen of Delaware and Arkansas, but is not a citizen of Texas.

11.      Complete diversity therefore exists between the adverse parties to this action under 28 U.S.C. §1332(a).

12.      Plaintiff sets forth a specific amount of damages sought in her First Amended Petition. Specifically, in Plaintiff's First Amended Petition paragraph IX., Plaintiff states

"Plaintiff seeks monetary relief, the maximum of which is over $250,000.00 but not more than $1,000,000.00." *See Exhibit A, p, 5, ¶ IX.*  Therefore, based on all information currently known or available to Defendant, Plaintiff's Original Petition admits that the amount in controversy exceeds the jurisdictional minimum for removal to this Court.

13.     Based upon the foregoing, this Court has original jurisdiction for this matter pursuant to 28 U.S.C. § 1332, complete diversity of citizenship, and the matter is one which may be removed to this Court pursuant to 28 U.S.C. § 1446.

## C.     REMOVAL IS TIMELY

14.     Defendant's Notice of Removal is filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

## D.     JURY DEMAND

15.     Defendant hereby continues to request a trial by jury.

## E.     PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant WAL-MART STORES TEXAS LLC, incorrectly named as WAL-MART STORES TEXAS LLC D/B/A WALMART STORE #1235 in Plaintiff's Original Petition, files this Notice of Removal and prays for removal of the above entitled and numbered cause from the 57th Judicial District Court of Bexar County, Texas, in which it is now pending, to the United States District Court for the Western District of Texas, San Antonio Division, based on diversity of citizenship of the Parties.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.


By:____/s/ Jaime A. Saenz_____
    Jaime A. Saenz
    Texas Bar No. 17514859
    Email:  ja.saenz@rcclaw.com
    Omar A. Saenz
    Texas Bar No. 24083777
    Email: oa.saenz@rcclaw.com
    1201 East Van Buren Street
    Brownsville, Texas 78520
    (956) 542-7441
    (956) 541-2170 Fax

ATTORNEY FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on this 16th day of December, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.1(d).


    /s/ Jaime A. Saenz_____
    Jaime A. Saenz

5